IN THE UNITED STATES DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS
UNDER TITLE 28 U.S.C. § 2241

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 0 5 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

PETITIONER _Coleman, Timothy  #15343-014_
_F.C.I. Cumberland_
_P.O. Box #1000_
_Cumberland MD 21501_

CIVIL ACTION NO. _AW 07-1536_

_____

(Full name under which you were convicted,
prison number, and full mailing address).

**VERSUS**

RESPONDENT _Warden Lisa Hollingsworth_
_For The Bureau of Prison_
_F.C.I. Cumberland MD 21501_

_____

(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.
ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

This petition concern:     (Check appropriate blank)

__X__ a conviction

__X__ a sentence          CAUTION: if you are attacking a sentence imposed
                          under a federal judgment, you must
_____ jail or prison conditions    first file a direct motion under 28
                          U.S.C. §2255 in the federal court which
_____ prison discipline    entered the judgment.

_____ a parole problem

- 1 -

_____ other State briefly: _____

_____

_____

Place of detention:

_Federal Correction Institution_

_P.O. Box #1000_

_Cumberland MD 21501_

Have you filed previous petition(s) for habeas corpus, motion under Title 28 U.S.C. §2255 or any applications, petitions or motions with respect to this conviction?

___X___ Yes          _____ No

If your answer is "Yes", give the following information:

a. Name of Court:

_____

b. Nature of proceedings:

_____

c. Ground(s) raised:

_____

_____

_____

_____

d. Result:

_____

_____

e. Date of Result:

_____

f. Citation or number of any written opinion or order entered pursuant to each

- 2 -

such disposition:

_____

_____

If you did not file a motion under Section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

Are you presently represented by counsel? ⨉ Yes ____ No

If so, name, address and phone number of counsel:

_____

_____

_____

Name and location of court which imposed sentence:

United States District Court Connecticut

_____

Offense or offenses for which sentence was imposed:

Conspiracy to Possess w/Intent to Distribute 500 Grams or more of Cocaine.

State upon which sentence was imposed and the terms of the sentence:

Sentence to Serve 60 Months / Term 8 year Supervision

_____

When was a finding of guilt made? (Check one).

___⨉___ After a plea of guilty

_____ After a plea of not guilty

- 3 -

_____ After a plea of nolo contendere

If you were found guilty after a plea or not guilty, was that finding made by:

_____ A jury

_____ A judge without a jury

Did you appeal from the judgement of conviction or the imposition of sentence?

_____ Yes          ⨯ No

If you did appeal, give the following information for each appeal:

a. Name of Court: _____

b. Result: _____

c. Date of Result: _____

d. Citation or number of opinion: _____

e. Grounds raised:   (List each one).

_____

_____

_____

_____

_____

**NOTE:**  If you appealed more than once, attach an additional sheet of the same size, give all the information requested above in question 13, a through e. Do not write on the reverse of pages.

**CAUTION:**  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

_The petitioner was denied a right to effective counsel in violation of his 6th Amendment right._

_____

Supporting FACTS: (tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is who did exactly what to violate your rights at what time or place.

- 4 -

Counsel

The trial negotiated the petitioner's guarantee constitution rights within a plea Agreement contract, failed to challenge the grand jury process, Failed to challenge the indictment, Fail to challenge the sentencing guidelines and deprive the petitioner of his due process right etc.

GROUND TWO:

It was "Fraud Upon the court" For the Goverment to prosecute a possession w/Intent to Distribute Drugs.

Supporting FACTS:

The Jury Panel was prohibit from deciding a guilty verdict. the petitioner's "mental Intent" to further distribute any drugs to an "un know thand Party" because they was not "Mind Readers" at All and they will violate the criminal Procedure Rule No. #704

GROUND THREE:

The petitioner was exposed a criminal Procedure Rule No. #11 violation because the court lacks jurisdiction to had impose consecutive sentence

Supporting FACTS:

Trial court was only required to had impose an prison term only without posing an Additional supervised release term because trial Judge must inform the nature and consequences of supervised release at the plea hearing See U.S. v. Thorne 153 F 3d. (4th Cir 1998)

Does this petition concerns jail or prison conditions, prison discipline parole problem or other causes under Title 28 U.S.C. 2241, answer following:

Did you present the facts in relation to your present complaint in the interr prison grievance procedure?

_____ Yes          _____ No

(1)   If your answer to "a" above is "yes", what was the results?

_____

_____

_____

(2)   If your answer to "a" above is "no", explain:

_____

_____

_____

Did you present your claim to the Bureau of Prisons or other federal agency(s) for administrative action?

_____ Yes          _____ No

(1) If your answer is "yes", state the date such claim was submitted and what action, if any, has been taken.

_____

_____

_____

_____

(2) If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agencies concerning you.

STATEMENT OF CLAIM: State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. Attach extra pages of same size as this page if necessary. Do not write on reverse side.

_____

_____

- 6 -

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Signed this __31st__ day of __May_____, 20_07_.
      (Date)           (Month)          (Year)

_Timothy Coleman_
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __May 31st, 2007_____
                (Date)

_Timothy Coleman_
Signature of Petitioner

JailHouse Counsel
Milton "Joseph" Taylor
Jail House Lawyer Bar No. #777-13-33
Federa No.# 06193-016
P.O. Box # 1000
Cumberland, MD, 21501
See Taylor v. US. Probation Office, ETAl., 409 F 3d. 426
[4] John Johnson v. Aveny ——— L. Ed 2d_____.

-8-